UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80050-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIS YOUNGLOVE,

    Defendant.
_____/

GOVERNMENT'S MOTION FOR
RULE 35(b) SENTENCE REDUCTION

The United States, by and through the undersigned Assistant United States Attorney, moves this Court to reduce the sentence of defendant Louis Younglove pursuant to Federal Rule of Criminal Procedure 35(b), and states as follows:

The defendant was sentenced by this Court on October 31, 2008, to 120 months of imprisonment, followed by 8 years of supervised release. Younglove's scheduled release date is January 21, 2017.

The United States seeks a reduction in the defendant's sentence based on his substantial assistance in the prosecution of other persons who have committed offenses.

At the time of the sentencing reduction hearing, the Court will be advised of the nature and extent of the defendant's cooperation.

The United States urges this Court to hold a hearing on the government's motion to reduce sentence.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:   /s/ *Emalyn H. Webber*
Emalyn H. Webber
Assistant United States Attorney
Florida Bar No. 407501
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401-6235
Tel: (561) 209-1011
Fax: (561) 820-8777

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 27, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:   /s/ *Emalyn H. Webber*
Emalyn H. Webber
Assistant United States Attorney

2

**SERVICE LIST**

**United States v. Louis Younglove**
**Case No. 08-80050-Cr-HURLEY / Vitunac**

**United States District Court, Southern District of Florida**

**Emalyn H. Webber**
Assistant U.S. Attorney
Emalyn.Webber@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 209-1011
Facsimile: (561) 820-8777
**Attorney for United States**
[Service via CM/ECF]

**Arthur L. Wallace, III, Esq.**
2401 E Atlantic Boulevard
Pompano Beach, FL 33062-5243
Tel: (954) 943-2020
Fax: (954) 782-1552
Email: WallaceLawFirm@Yahoo.com
**Attorney for Louis Younglove**
[Service via CM/ECF]